```
 1 | Sagar Raich
   | Nevada Bar No. 13229
 2 | RAICH LAW, PLLC
   | 6785 S. Eastern Avenue #5
 3 | Las Vegas, NV 89119
   | Telephone: (702) 758-4240
 4 | sraich@raichattorneys.com
   | *Attorneys for Plaintiffs*
 5 |
   | Patricia Lee
 6 | Nevada Bar No. 8287
   | HUTCHISON & STEFFEN, PLLC
 7 | Peccole Professional Park
   | 10080 West Alta Drive, Suite 200
 8 | Las Vegas, NM 89145
   | Telephone: (702) 385-2500
 9 | Email: plee@hutchlegal.com
   | *Attorneys for Defendant*
10 | *H&R Block Enterprises LLC*
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DOUGLAS WHITE, an individual, AND LORI WHITE, an individual, | Case No.: 2:17-cv-03028-GMN-NJK |
| Plaintiffs, | |
| vs. | |
| H&R BLOCK ENTERPRISES LLC, a Limited Liability Company, DOES I through X; and ROE CORPORATIONS I through X, inclusive, | **JOINT VOLUNTARY STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| Defendant(s). | |

Now come Plaintiffs, Douglas White and Lori White ("Plaintiffs"), and the Defendant, H&R Block Enterprises, LLC ("H&R Block") in the above-captioned matter and jointly stipulate that this matter and all claims and potential counterclaims be dismissed without prejudice and without costs. This matter is being dismissed to allow for Plaintiffs to pursue arbitration with the American Arbitration Association, on terms consistent with the Client Service Agreement and

JOINT VOLUNTARY STIPULATION OF DISMISSAL WITHOUT PREJUDICE - 1

Case Number: 2:17-cv-03028-GMN-NJK

Peace of Mind® Extended Service Plan entered into between the parties, including without limitation that H&R Block will pay all filing, administrative, arbitrator, and hearing costs in the arbitration.

Respectfully submitted this 9th day of February, 2018.

| RAICH LAW, PLLC | HUTCHISON & STEFFEN, PLLC |
|---|---|
| /s/ Sagar Raich <br> Sagar Raich <br> 6785 S. Eastern Avenue #5 <br> Las Vegas, NV 89119 <br> Telephone: (702) 758-4240 <br> sraich@raichattorneys.com <br><br> *Attorneys for Plaintiffs* | /s/ Patricia Lee <br> Patricia Lee (8287) <br> Peccole Professional Park <br> 10080 West Alta Drive, Suite 200 <br> Las Vegas, Nm 89145 <br> Telephone: (702) 385-2500 <br> Facsimile: (702) 385-2086 <br> Email: Plee@Hutchlegal.Com <br><br> *Attorneys For Defendant* <br> *H&R Block Enterprises LLC* |

IT IS SO ORDERED.

Dated this __9__ day of February, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

JOINT VOLUNTARY STIPULATION OF DISMISSAL WITHOUT PREJUDICE - 2

Case Number: 2:17-cv-03028-GMN-NJK